IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DIANA FERRUZOLA,                                                      Civil Action File No.

      Plaintiff,

v.

WAL-MART, INC. and JOHN DOE,

      Defendants.

_____/

**NOTICE OF REMOVAL**

COMES NOW WAL-MART, INC., named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant WAL-MART, INC. in the State Court of Clayton County, Georgia, which is within the Atlanta Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 2021CV01174. Plaintiff's claims against Defendant includes claims of negligence.

2.

Plaintiff filed the Complaint on or about May 19, 2021. Defendant WAL-MART, INC. received a copy of the Complaint or about June 2, 2021. Defendant

WAL-MART, INC. files this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant Wal-Mart , Inc. is a Delaware corporation with its principal place of business in the State of Arkansas.  Wal-Mart Inc. was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of said lawsuit, or at any time thereafter.  The principal place of business for Wal-Mart Inc. is 708 SW 8th Street, Bentonville, AR  72716.

4.

Diana Ferruzola is a citizen of the State of Georgia.

5.

The citizenship of the fictitious John Doe is disregarded for purposes of determining jurisdiction. 28 U.S.C. § 1441(a).

6.

Complete diversity of citizenship exists between Plaintiff and Defendant.

6.

Plaintiff claims injuries to both knees, side and back, including an L4-S1 disc herniation; C3-6 disc bulges with compression requiring radio frequency ablation and an L5-S1 annuloplasty and nucleoplasty; pain and suffering, past medical

expenses of $137,445.48, future medical expenses, and has made a $500,000 settlement demand (Exhibit "A"), thereby meeting the jurisdictional requirement for federal subject matter jurisdiction. See Lowery v. Alabama Power Co., 483 F.3d 1184, 1262 n.62 (11th Cir. 2007) (quoting 28 U.S.C. § 1446(b));  Addo v. Globe Life & Accident Ins. Co., 230 F.3d 759, 761–62 (5th Cir.2000);  Williams v. Safeco Ins. Co., 74 F.Supp.2d 925, 929 (W.D.Mo.1999); Southern Ins. Co. of Virginia v. Karrer, Civil Action No. 3:10–CV–84 (CAR), 2011 Westlaw 1100030 (M.D.Ga. Mar. 22, 2011); Golden Apple Management Co. v. Geac Computers, Inc., 990 F.Supp. 1364, 1368 (M.D.Ala. 1998); Jackson v. Select Portfolio Servicing, 651 F.Supp.2d 1279, 1281 (S.D.Ala. 2009); Barlow v. Variety Wholesalers, Civil Action No. 5:14-CV-375 (WLS) (M.D.Ga. Dec. 17, 2014); Devezin v. Wal-Mart Stores East, LP, Civil Action No. 1:134-CV-3721 (CAP) (N.D.Ga February 20, 2015); Peterman v.  Wal-Mart Stores, Civil Action No. 1:13-cv-91 (WLS), 2013 Westlaw 5210188 (M.D.Ga. Sept. 13, 2013); Farley v. Variety Wholesalers, Civil Action No. 5:13-CV-52 (CAR), 2013 Westlaw 1748608 (M.D.Ga. April 23, 2013); Streicher v. Sam's East, Inc., Civil Action File No. CV419-01(WTM) (S.D. Ga March 4, 2019).  The amount in controversy, exclusive of interest and costs, exceeds $75,000.

7.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on

complete diversity of citizenship between Plaintiff and Defendant.

8.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "B" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the State Court of Clayton County, Georgia for the above-styled case.

9.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

10.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

11.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Clayton County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant WAL-MART, INC. prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

                          McLAIN & MERRITT, P.C.

                          /s/ Howard M. Lessinger

                                Howard M. Lessinger
                                Georgia State Bar No. 447088


                                /s/ Nicholas E. Deeb
                                Nicholas E. Deeb
                                Georgia Bar No. 117025
                                Attorneys for Defendant
                                WAL-MART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
(404) 365-4514
(404) 364-3138 (Fax)
hlessinger@mmatllaw.com


     The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

                                /s/ Howard M. Lessinger
                                Howard M. Lessinger

## CERTIFICATE OF SERVICE

This is to certify that on June 18, 2021, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

 /s/ Howard M. Lessinger
Howard M. Lessinger
Georgia State Bar No. 447088
Attorneys for Defendant
WAL-MART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 365-4514
hlessinger@mmatllaw.com